AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 16, 2025 3:20 PM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE LUIS GONZALEZ CRUZ aka JOSE GONZALEZ | ) ) ) ) ) | Case No. MJ25-00725KJM |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 5, 2025__ in the county of __Hawaii__ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:
See affidavit of HSI Special Agent Erich Daludado.

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Erich Daludado
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/16/2025__

_____
Kenneth J. Mansfield
United States Magistrate Judge

City and state: __Honolulu, Hawaii__

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erich Daludado, being duly telephonically sworn, deposes and states as follows:

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Resident Agent in Charge ("RAC") Outer Islands Office which is responsible for investigating a broad scope of violations of Federal law, which include, but are not limited to vulnerabilities in the nation's border, infrastructure, and economic and transportation systems. In the course of my duties, I have investigated, apprehended, and prepared for prosecution cases against persons who have illegally entered the United States which are criminal violations set forth in the Immigration and Nationality Act.

3. The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number AXXXXXX329. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation. The information set forth herein is to establish that probable cause exists to arrest JOSE LUIS GONZALEZ CRUZ for violation of Title 8, United States Code, Section 1326(a).

4. GONZALEZ CRUZ came to the attention of, HSI because of his June 2025 arrest by the Hawaii Police Department ("HPD") for Operating a Vehicle under the Influence of an Intoxicant and Driving Without a License, and Operating a Vehicle Without Insurance.

\\

\\

\\

1

## Removal

5.     On June 22, 2019, GONZALEZ CRUZ, a Mexican citizen and never a U.S. citizen, was served with an Expedited Order of Removal which ordered he be removed from the United States to Mexico. On the same day, he was physically removed to Mexico from Nogales, Arizona.

## Criminal History

6.     On August 31, 2022, GONZALEZ CRUZ was arrested by the Hawaii Police Department for Consuming or Possessing Intoxicating Liquor While Operating a Motor Vehicle and Operating a Vehicle Under the Influence of an Intoxicant. He was sentenced to two years Driver's License Suspended or Revoked.

7.     On May 13, 2023, GONZALEZ CRUZ was arrested and charged by the Hawaii Police Department for Criminal Contempt of Court. The charge was later dismissed.

8.     On June 3, 2025, witnesses reported to the Hawaii Police Department Prior that in the early morning hours of June 3rd, GONZALEZ CRUZ drove a car that struck an unoccupied car at Honolii Beach Park on Hawaii Island. Witnesses ensured GONZALEZ CRUZ remained until police arrived. Police arrived to smell GONZALEZ CRUZ with a strong odor of alcohol and observed his red and watery eyes. GONZALEZ CRUZ showed signs of impairment after performing field sobriety tests. GONZALEZ CRUZ's BrAC was 0.149 (over the 0.08 legal limit). GONZALEZ CRUZ was arrested and charged by the Hawaii Police Department for Operating a Motor Vehicle and Operating a Vehicle Under the Influence of an Intoxicant, Driving Without a License (DWOL), and Operating a Vehicle Without Insurance. Final disposition of the charges are pending.

## Reinstatement of Order of Removal

9.     On June 3, 2025, Form I-200 Warrant for Arrest of Alien was issued for GONZALEZ CRUZ.

10.    On June 4, 2025, Form I-247 Notice of Action/Immigration Detainer was lodged with the Hawaii Police Department and Form I-871 Reinstatement of Deport Order was issued for GONZALEZ CRUZ.

2

### Alien Registration File

11. On June 3, 2025, a review of a series of documents from GONZALEZ CRUZ's Alien Registration File ("A File") under Alien Registration File Number AXXXXXX329 was conducted. Within the A-file of GONZALEZ CRUZ, there is an executed I-205, Notice of Intent/Decision to Reinstate Prior Order documents. These documents establish he was deported from the United States to Mexico on June 22, 2019, at Nogales, Arizona.

12. On June 5, 2025, a search in a United States Citizenship and Immigration Services law enforcement database was conducted and revealed no evidence that GONZALEZ CRUZ was granted permission by the Attorney General of the United States or his successor, the Secretary for Homeland Security for re-application for admission into the United States after his removal on June 22, 2019.

### Fingerprint Confirmation

13. On June 5, 2025, GONZALEZ CRUZ was fingerprinted and through a Department of Homeland Security database, HSI confirmed he was a match for Alien Identification Number (AXXXXXX329).

### Interview

14. On June 5, 2025, HSI agents (with the assistance of a Spanish-speaker) conducted a recorded interview of GONZALEZ CRUZ. GONZALEZ CRUZ was advised of his Miranda Rights in the Spanish language of which he signed and verbally agreed to speak with agents. Among other things, GONZALEZ CRUZ stated he was previously removed from the United States approximately six years ago during the month of June through Nogales, AZ. GONZALEZ CRUZ confirmed his signature and fingerprint on DHS Form I-296, Notice to Alien Ordered Removed/Departure verification, from his most recent removal on June 22, 2019. GONZALEZ CRUZ stated his most recent entry into the United States was approximately ten days after he was removed on June 22, 2019, through Nogales, Arizona.

\\

## Conclusion

15. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, JOSE LUIS GONZALEZ CRUZ, for violating Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

Erich Daludado
Special Agent
Homeland Security Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at  3:16 p.  .m. on June 16, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 16th day of June 2025.

Kenneth J. Mansfield
United States Magistrate Judge

4